■ BARCLAYS BANK OF NEW YORK, N.A., Appellant, v STRATHMORE FIVE REALTY CO., LTD., et al., Defendants, and ALFRED BARONE, Respondent. [691 NYS2d 892] —In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Suffolk County (D'Emilio, J.), dated December 16, 1998, which granted the motion of the defendant Alfred Barone to vacate a deficiency judgment entered against him on March 12, 1998.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the appellant's argument, the Supreme Court was not precluded, as a matter of law, from granting the motion of the defendant Alfred Barone to vacate an improper deficiency judgment entered against him on March 12, 1998 (*see,* CPLR 5015 [a] [5]; *Ciminelli Constr. Co. v City of Buffalo,* 110 AD2d 1075, 1076; *Barclays Bank of v Strathmore Five Realty Co.,* 245 AD2d 406).

The appellant's remaining contentions are without merit. Bracken, J. P., O'Brien, Thompson and Sullivan, JJ., concur.